# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** III    **Investigating Agency** FBI/IRS

**City** Sudbury

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ✔ No

Defendant Name: Charles D. Katz    Juvenile: ☐ Yes  ✔ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ✔ No

Alias Name: _____

Address: Sudbury, MA

Birth date (Yr only): 1962    SSN (last 4#): 6435    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:** William Korman    Address: 92 State Street, 4th Floor

Bar Number: 632228    Boston, MA 02109

**U.S. Attorney Information**

AUSA: Kriss Basil    Bar Number if applicable: 673074

**Interpreter:** ☐ Yes  ✔ No    List language and/or dialect: _____

**Victims:** ✔ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ✔ No

☐ Warrant Requested    ✔ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ✔ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ___    ☐ Misdemeanor ___    ✔ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

✔ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/20/2025    Signature of AUSA: */s/ Kriss Basil*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Charles D. Katz

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Defraud the United States | 1 |
| Set 2 | 18 U.S.C. § 1014 | Loan Fraud | 2-3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013